# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

AMRUDIN BARUT
    *Plaintiff,*

VS.                                                       CIVIL ACTION NO. 2:24-cv-00302-KG-DLM

AYODEJI OSHILAJA AND
ATASHA OSHILAJA,
HUSBAND AND WIFE; AKEEM OKESOLA AND
LUCRECIA MARTINEZ OKESOLA,
HUSBAND AND WIFE;
VIRTUOUS GROUP INTERNATIONAL, LLC,
A TEXAS LIMITED LIABILITY COMPANY;
JOHN DOE AND JANE DOE I-X,
FICTITIOUS INDIVIDUALS;
ABC CORPORATION AND PARTNERSHIP I-X,
FICTITIOUS ENTITIES,
    *Defendants*.

---

AYODEJI OSHILAJA,
    *Counterclaimant/Third-Party Plaintiff,*

VS.

AMRUDEN BARUT,
    *Counterclaim-Defendant,* and
BENNETT'S OIL CO., D/B/A AMERICAN TRANSPORT
    *Third-Party Defendant*

---

AKEEM OKESOLA,
    *Counterclaimant*,

VS.

AMRUDEN BARUT,
    *Counterclaim-Defendant*.

## ORDER REGARDING DISMISSAL OF ALL PLAINTIFF BARUT'S CLAIMS

Stipulation for Dismissal with Prejudice by parties Plaintiff, Amrudin Barut and Defendants, Ayodeji Oshilaja and Atasha Oshilaja, Akeem Okesola and Lucrecia Martinez Okesola, and Virtuous Group International, LLC, having been received in the above-captioned matter: **IT IS HEREBY ORDERED** that the case as it relates to Plaintiff Amrudin Barut against Ayodeji Oshilaja and Atasha Oshilaja, Akeem Okesola and Lucrecia Martinez Okesola, and Virtuous Group International, LLC, **ONLY** is dismissed with prejudice, each party to bear their own costs and attorneys' fees.

_____
CHIEF UNITED STATES DISTRICT JUDGE