## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

AKEEM OKESOLA AND
AYODEJII OSHILAJA,

     Plaintiffs,

v.
                                Case No.: 2:24-cv-00302-KG-DLM

BENNETT'S OIL CO. d/b/a AMERICAN
TRANSPORT and AMRUDIN BARUT,

     Defendants.

## ORDER OF DISMISSAL

On the date indicated below came on to be considered the Joint Stipulation of Dismissal by and between Plaintiffs Akeem Okesola and Ayodejii Oshilaja, and Defendants Bennett's Oil Co. d/b/a American Transport and Amrudin Barut.

It is, THEREFORE, ORDERED by the Court that pursuant to the stipulation filed by Plaintiffs Akeem Okesola and Ayodejii Oshilaja, and Defendants Bennett's Oil Co. d/b/a American Transport and Amrudin Barut, the claims of Plaintiffs Akeem Okesola and Ayodejii Oshilaja, against Defendants Bennett's Oil Co. d/b/a American Transport and Amrudin Barut are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1), with costs taxed against the parties incurring same.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

**APPROVED AND AGREED
AS TO FORM AND SUBSTANCE:**

THOMPSON, COE, COUSINS, & IRONS, L.L.P.

By: */s/ William L. Mennucci*
William L. Mennucci
DNM Bar No. 24-127
NM Bar No. 159180
bmennucci@thompsoncoe.com
2801 Via Fortuna, Suite 300
Austin, Texas 78746
Telephone: (512) 708-8200
Fax: (512) 708-8777

*Attorney-in-Charge for Bennett's Oil Co. d/b/a American Transport*


HALL & EVANS, LLC

By: */s/ Kimberly A. Huson*
Kimberly A. Huson
husonk@hallevans.com
125 Lincoln Avenue, Suite 225
Santa Fe, New Mexico 87501
Telephone: (505) 303-4942

*Attorney-in-Charge for Amrudin Barut*

THE BUZBEE LAW FIRM

By: */s/ Caroline E. Adams*
Caroline E. Adams
cadams@txattorneys.com
J.P. Morgan Chase Tower
600 Travis, Suite 7500
Houston, Texas 77002
Telephone: (713) 223-5393
Fax: (713) 223-5909

*Attorney-in-Charge for Akeem Okesola*

LAW OFFICES OF SAMUEL I. KANE, P.A.

By: */s/ Samuel I. Kane*
Samuel I. Kane
NM Bar No. 21790
Samuel@kane-injury.com
1018 E. Amador
Las Cruces, New Mexico 88001
Telephone: (575) 526-5263
Fax: (575) 647-5264

*Attorney-in-Charge for Ayodejii Oshilaja*